UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

WILLIAM RIVERA,                      :
                                     :
       Plaintiff,                 :     Civ. No. 14-4131 (RBK) (AMD)
                                     :
  v.                                 :     **MEMORANDUM AND ORDER**
                                     :
THE COUNTY OF CAMDEN, et al.,        :
                                     :
       Defendants.                :
_____ :

    Plaintiff is proceeding through counsel with a prisoner civil rights complaint filed pursuant to 42 U.S.C. § 1983.  At this time, the Court must review the complaint pursuant to 28 U.S.C. § 1915A to determine whether it should be dismissed as frivolous or malicious, for failure to state a claim upon which relief may be granted, or because it seeks monetary relief from a defendant who is immune from suit.  Upon completing this screening, the Court will permit the entire complaint to proceed.

    Accordingly, IT IS on this   28th   day of   October,  2014,

    ORDERED that plaintiff's entire complaint is permitted to proceed past 28 U.S.C. § 1915A screening.

                                              s/Robert B. Kugler
                                              ROBERT B. KUGLER
                                              United States District Judge